**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2349**

In re:  HENRY S. FITZGERALD,

                Debtor,

---------------------

HENRY S. FITZGERALD,

                Debtor – Appellant,

          V.

THOMAS O. GORMAN, Chapter 13 Trustee,

                Trustee – Appellee

----------------------

NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS,
                Amicus Supporting Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (1:14-cv-01017-GBL-JFA)

Submitted:  April 23, 2015                Decided:  April 27, 2015

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Henry St. John FitzGerald, Appellant Pro Se.  Eva Choi, Thomas Patrick Gorman, OFFICE OF THE CHAPTER 13 TRUSTEE, Alexandria, Virginia, for Appellee,  Tara A. Twomey, NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS, San Jose, California, for Amicus.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry S. FitzGerald appeals the district court's order affirming the bankruptcy court's orders dismissing his Chapter 13 petition and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. FitzGerald v. Gorman, No. 1:14-cv-01017-GBA-JFA (E.D. Va. Nov. 14, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the material before this court and argument would not aid the decisional process.

AFFIRMED